# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                                  **Case No. 04-CR-264**

      -vs-

**ERIC RAMOS,**

        **Defendant.**

# ORDER

        The Court has received the Recommendation from Magistrate Judge Patricia J. Gorence in the above-captioned case which denies Eric Ramos' ("Ramos") motion to suppress. The Court has reviewed Ramos' objection to that Recommendation and the government's response thereto and rules as follows.

        The Court adopts the Recommendation of Magistrate Judge Gorence *in toto* and denies Ramos' motion to suppress.

        Dated at Milwaukee, Wisconsin, this 10th day June, 2005.

                                                    **SO ORDERED,**

                                                    **s/ Rudolph T. Randa**
                                                    **HON. RUDOLPH T. RANDA**
                                                    **Chief Judge**